

GEORGIA M. PESTANA
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

AMY J. WEINBLATT
phone: 212-356-2179
fax: 212-356-2019
email: aweinbla@law.nyc.gov

September 24, 2021

By ECF
Hon. P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.

9-24-21

Re:   Li v. Appellate Division et al., Docket No. 21-CV-6726

Dear Judge Castel:

This office represents defendants New York City Landmarks Preservation Commission, Sarah Carroll, Mark Silberman, John Weiss, and Clava Brodsky in the above-referenced matter. I write to request an extension of time from October 1 to November 18, 2021 to serve and file papers responsive to the complaint. This is the first such request. A conference date has not yet been scheduled.

The additional time is needed because of the length of the complaint and the lengthy procedural history of the matters alleged therein, all of which needs to be reviewed before a response can be prepared. In addition, I have a previously-scheduled vacation in the near future.

Plaintiff's counsel has kindly consented to this request.

Respectfully,

/s/ AJW

Amy J. Weinblatt
Assistant Corporation Counsel

cc:   Marc H. Gerstein, counsel for plaintiff (by ECF)