UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
YU CHAN LI,

                Plaintiff,                21-cv-6726 (PKC)

   -against-                             ORDER

APPELLATE DIVISION, et al.,

                Defendant(s).
-----------------------------------------------------------x

CASTEL, District Judge:

        Plaintiff's application (Doc 63) to file a cross-motion for summary judgment is DENIED. The first order of business is to determine whether plaintiff's pleading survives a motion to dismiss in whole or in part. If it does survive, then the Court will set a schedule on discovery with appropriate limitations. Within 14 days following the date set by the Court as the close of fact discovery, the parties may submit a pre-motion letter or letters outlining the basis for the proposed motion(s) for summary judgment. If appropriate the Court will set a schedule on the summary judgment motions(s).

        SO ORDERED.

                                              P. Kevin Castel
                                       United States District Judge

Dated: New York, New York
       February 9, 2022