UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
YU CHAN LI,

                Plaintiff,

-against-                                21 **CIVIL** 6726 (PKC)

                                                **JUDGMENT**

APPELLATE DIVISION, et al.,

                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 4, 2022, The Court has considered all the arguments of the parties, whether or not expressly referenced herein. The City and State defendants' motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

     November 7, 2022

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                       **BY:**

                                                            **Deputy Clerk**